# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. CARLSON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLZ,<br><br>Respondent. | Case No. 2:24-cv-08013-FLA (E)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 17]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, Dkt. 1, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. 17. No objections were made to the Report.

The court ACCEPTS and ADOPTS the recommendation in the Report and ORDERS as follows:

1. Respondent's motion to Dismiss, Dkt. 11, is GRANTED.
2. Judgment shall be ENTERED dismissing the Petition with prejudice.
3. The Clerk shall SERVE a copy of this Order and the concurrently filed judgment on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

Dated: March 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge