JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. CARLSON,<br><br>        Petitioner,<br><br>  v.<br><br>BRIAN BIRKHOLZ,<br><br>        Respondent. | Case No. 2:24-cv-08013-FLA (E)<br><br>**JUDGMENT** |

1 It is hereby ADJUDGED that the Petition is DENIED and DISMISSED with
2 prejudice.
3
4     IT IS SO ORDERED.
5
6 Dated: March 27, 2025
7                                           FERNANDO L. AENLLE-ROCHA
                                          United States District Judge